## WILSON *vs.* DUNNEGAN.

1. The only issue in this case was whether the deed relied on by the plaintiff in ejectment was given as a conveyance, or only as a security for money loaned; and there was sufficient evidence to authorize the finding of the jury on that issue.
2. The charge was a full, fair and impartial exposition of the law applicable to the issues made by the parties
   Judgment affirmed.

   September 9, 1884.

BLANDFORD, Justice.

---

## ELSINGER, administrator, *vs.* BEYTAGH *et al.*

1. Where trover was brought by an administrator to recover a bond, a defendant in the suit was incompetent as a witness to testify that the plaintiff's intestate during her life had given the bond to such defendant. Code, §3854; 71 *Ga.*, 66.
2. There was no abuse of discretion in granting a first new trial in this case.
   Judgment affirmed.

   December 19, 1884.

BLANDFORD, Justice.

---

## COX *vs.* MERCER & COMPANY.

Where exceptions were filed to an award returned and entered on the minutes, on the general ground that it was the result of accident or mistake on the part of the arbitrators, and the attempted specifications under this ground were vague and loose, and the evidence before the arbitrators was not given, and no full data were given from which the court could accurately determine whether such mistakes, in fact, existed, a demurrer to such exceptions was properly sustained. 38 *Ga.*, 135; 39 *Id.*, 678; 41 *Id.*, 370; 63 *Id.*, 752; 64 *Id.*, 582; 44 *Id.*, 585; 48 *Id.*, 421.
Judgment affirmed.

October 2, 1884.

HALL, Justice.